UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| JERRY LEE VANHOOK | ) | CASE NO. 12-40722 |
| SHAWNA MARIE VANHOOK | ) | CHAPTER 13 |
|     DEBTOR | ) | |

## AGREED IMMATERIAL MODIFICATION TO CHAPTER 13 PLAN

Come now the Debtors, by counsel, Brad A. Woolley, and the Chapter 13 Trustee, David A Rosenthal, and file the following agreed immaterial modification to the Debtors' Chapter 13 Plan:

1. Debtors shall pay 100% to all timely filed and allowed claims.

2. All other terms and conditions of the plan shall remain in full force and effect.

Date: January 11, 2013


/s/ Brad A. Woolley                             /s/ David A. Rosenthal
Brad A. Woolley, Attorney at Law     David A. Rosenthal, Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached document was sent by the ECF Electronic Noticing service or by First-Class United States Mail, postage prepaid on October 5, 2011 to those parties listed below.


Dated: January 11, 2013                /s/ Brad A Woolley
                                                                           Brad A. Woolley, Attorney for Debtors
                                                                           103 E. Broadway
                                                                           Monticello, IN 47960
                                                                           (574) 583-6411


U S Trustee, One Michiana Sq, Rm 555, 100 E Wayne Street, South Bend, IN 46601
Chapter 13 Trustee, David A. Rosenthal, PO Box 505, Lafayette, IN 47902